SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Derieon Thomas

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Sgt. Sorane
Sgt. Phillips

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**1:22-Cv-2026**
**Judge Steven C. Seeger**
**Magistrate Judge Jeffrey Cummings**
**PC4 Random Assignment**

Case _____
(To be supplied by the <u>Clerk of this Court</u>)

**RECEIVED**

APR 18 2022 JK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

✗        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.**     **Plaintiff(s):**

    A.    Name: _Derjeon Thomas_

    B.    List all aliases: _____

    C.    Prisoner identification number: _20180815131 CC DOC_

    D.    Place of present confinement: _Cook County Jail_

    E.    Address: _2700 S. California_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**     **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Tom Dart_

        Title: _Cook County head Sheriff_

        Place of Employment: _Cook County Jail_

    B.    Defendant: _Sgt. Surane_

        Title: _Cook County Jail Sgt._

        Place of Employment: _Cook County Jail_

    C.    Defendant: _Sgt Phillips_

        Title: _Cook County Jail Sgt_

        Place of Employment: _Cook County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N / A

B. Approximate date of filing lawsuit: N / A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N / A

D. List all defendants: N / A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N / A

F. Name of judge to whom case was assigned: N / A

G. Basic claim made: N / A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N / A

I. Approximate date of disposition: N / A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 02/27/2022 I was housed in division 91G Cell 1088. at approximately 12:45pm. The Cell I was in did not have properly running water. I notifid C.O's about the water Situation, I did not have any drinking water ontill the next day, when the Plumber came to fix another Cell Plumbing Promblem I convinced him to fix mines. Within the Same hour the plumber left the water was back not working. The Plumber Came again on 03/01/2022 and tried to fix it again but it did not work. I notifis Sgt. Phillips about my water not being able to work. She stated "I'll put another work order in." I ask every C.O that worked the tier Can I come out to get water out of the fountain they Stated to me "You only come out your cell for dayroom time." I Only Come out my cell once aday for a hour, I only drink water once aday. On

4                                              Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

03/04/2022 I had court Via Zoom I talked to Sgt. Sorane about my living condition and asked Can I be move to a cell with running water he Stated to me "Since your toilet works you can not be moves." So I had to suffer for days without running water in my cell. On 03/04/2022 two C.O Guzman and C.O Roman around 9:32pm let me and my cell mate out to fill up plastic bags from our lunch/breakfest tray with water to drink while we're in the cell. The next morning when the breakfest trays were being passed out the same two C.O's filled up plastic with water and brought it back to our cells to drink. On 03/10/2022 C.O Roman and Guzman let me act to fill up plastic with water around 9:45pm. Let it be noted that these are the only C.O's that let me do this Just to drink water. Other C.O's told me "This what happens to people who come to the hole. Most of the C.O's ignored my Cries for water which Cudsed me to be down, hopeless, dehydrated, helpless, and emotionly distraught. Everyday I had to live through these inhumane living Condition while I serve my time in Seg. I will like something done about my Pain and suffering and to stop this from happing to others.

5                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will like to be Compensatory
I will like to recieve Compensatory Damages,
Nominal Damages and Punitive Damages

**VI.**    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___30___ day of ___March___, 20_22_

_Derkon Thomas_
(Signature of plaintiff or plaintiffs)

_Deriean Thomas_
(Print name)

_20180815131_
(I.D. Number)

_2700 S. California_
_Chicago IL, 60608_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Denieon Thomas 20180815131
P.O. Box 089002
Chicago IL, 60608

Prisoner Correspondent
United States District Court
219 S. Dearborn Street 20th Floor
Chicago IL, 60604

04/18/2022-1

1:22-Cv-2026
Judge Steven C. Seeger
Magistrate Judge Jeffrey Cummings
PC4 Random Assignment




