[If you need additional space for ANY section, please attach an additional sheet and reference that section]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**




Derieon Thomas

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Sgt. Sorane
Sgt. Phillips

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

1:22-Cv-2026
Judge Steven C. Seeger
Magistrate Judge Jeffrey Cummings
PC4 Random Assignment

Case _____
(To be supplied by the <u>Clerk of this Court</u>)

**RECEIVED**

APR 18 2022  JK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

✗  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Derieon Thomas

B. List all aliases: _____

C. Prisoner identification number: 20180815131 CCDOC

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart

Title: Cook County head Sheriff

Place of Employment: Cook County Jail

B. Defendant: Sgt. Surane

Title: Cook County Jail Sgt.

Place of Employment: Cook County Jail

C. Defendant: Sgt Phillips

Title: Cook County Jail Sgt

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2  Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 02/27/2022 I was housed in division 9IG Cell 1088 at approximately 12:45pm. The cell I was in did not have properly running water. I notified C.O's about the water situation, I did not have any drinking water untill the next day, when the plumber came to fix another cell plumbing promblem I convinced him to fix mines. Within the same hour the plumber left the water was back not working. The plumber came again on 03/01/2022 and tried to fix it again but it did not work. I notifid Sgt. Phillips about my water not being able to work she stated "I'l put another work order in." I ask every C.O that worked the tier Can I come out to get water out of the fountain they stated to me "You only come out your cell for dayroom time." I only come out my cell once a day for a hour, I only drink water once a day. On

4                                                                 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

03/04/2022 I had court via Zoom I talked to Sgt. Sorane about my living condition and asked can I be move to a cell with running water he stated to me "Since your toilet works you can not be moves." So I had to suffer for days without running water in my cell. On 03/04/2022 C.O Guzman and C.O Roman around 9:32pm let me and my cell mate out to fill up plastic bags from our lunch/breakfest tray with water to drink while we're in the cell. The next morning when the breakfest trays were being passed out the same two C.O's filled up plastic with water and brought it back to our cells to drink. On 03/10/2022 C.O Roman and Guzman let me cct to fill up plastic with water around 9:45pm. Let it be noted that these are the only C.O's that let me do this Just to drink water. Other C.O's told me "This what happens to people who come to the hole." Most of the C.O's ignored my cries for water which Caused me to be down, hopeless, dehydrated, helpless, and emotionly distraught. Everyday I had to live through these inhumane living condition while I serve my time in Seg. I will like something done about my pain and suffering and to stop this from happing to others.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will ~~hue to be Compensatory~~
I will like to recieve Compensatory Damages,
Nominal Damages and Punitive Damages

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 30 day of March, 2022

_Derieon Thomas_
(Signature of plaintiff or plaintiffs)

Derieon Thomas
(Print name)

20180815131
(I.D. Number)

2700 S. California
Chicago IL, 60608
(Address)

Denieon Thomas 20180815131
P.O. Box 089002
Chicago IL, 60608

Prisoner Correspondent
United States District Court
219 S. Dearborn Street 20th Floor
Chicago IL, 60604

04/18/2022-1

1:22-Cv-2026
Judge Steven C. Seeger
Magistrate Judge Jeffrey Cummings
PC4 Random Assignment




