UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Derieon Thomas
                    Plaintiff,

v.                                                   Case No.: 1:22−cv−02026
                                                    Honorable Steven C. Seeger

Tom Dart, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 12, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: On October 7, 2022, the Court concluded that Plaintiff's complaint passed prescreening (Dckt. No. [11]). Pursuant to that Order, the Clerk of the Court is directed to issue summons for service of the complaint on Defendants Cook County Sheriff Thomas Dart, Cook County Jail Sergeant Surane, and Cook County Jail Sergeant Phillips. Since Plaintiff paid the filing fee and is not proceeding in forma pauperis, he is not necessarily entitled to service at government expense. See Fed. R. Civ. P. 4(c)(3). Additionally, Plaintiff has not demonstrated that he cannot pay the required deposit to the U.S. Marshal. Plaintiff must either: (1) serve the defendant himself; (2) retain a private process server to serve defendant; or (3) employ the services of the U.S. Marshal to serve defendant. The U.S. Marshal is directed to send Plaintiff the request for payment of the deposit to effectuate service (service costs generally range between #036;65.00 and $250.00 per location), as well as three USM−285 (Marshals service) forms. If Plaintiff elects to employ the services of the U.S. Marshal, he must pay the required deposit and submit the completed USM−285 service forms by November 15, 2022. The U.S. Marshal will not take further action until the deposit has been paid and the USM−285 service form is returned. Plaintiff must file a status report and confirm that he has sent the completed form by November 18, 2022. A failure to comply may result in dismissal of this case. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.