**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DERIEON THOMAS (2018-0815131), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 22-cv-2026 |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| TOM DART, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>ORDER</u>**

The Court has reviewed Plaintiff's letter (Dckt. No. [13]) and the docket in this case. The Court issued an Order on October 12, 2022, issuing summonses and instructing Plaintiff on how to accomplish service on Defendants. Summonses have since been issued. The U.S. Marshal Service is again directed to send Plaintiff the request for payment of the deposit to effectuate service (service costs generally range between $65.00 and $250.00 per location), and the Clerk is directed to send to Plaintiff three USM-285 (Marshals service) forms, a copy of the Court's Order of October 12, 2022 (Dckt. No. [12]), and a copy of this Order. If Plaintiff elects to employ the services of the U.S. Marshal, he must pay the required deposit and submit the completed USM-285 service forms by December 19, 2022. The U.S. Marshal will not take further action until the deposit has been paid and the USM-285 service form is returned. Plaintiff must file a status report and confirm that he has sent the completed form by December 19, 2022. A failure to comply may result in dismissal of this case.

Date: November 21, 2022

Steven C. Seeger
United States District Judge