(Exhibit A)

United States District Court Northern District of Illionis Easter Division

**FILED**
AUG 29 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Principal Beneficial owner and Certificates (unit) Holder of the DERIEON THOMAS, Cestui (vie) TRUST.

DERIEON THOMAS (victim)

V.

TOM DART, et al (offenders)

Case # 1:22-cv-02026
Taxable Business transaction Pursuit to the rules of Commerce.

Judge Steven C. Seeger

Under the penalty of Perjury.

Affidavit of facts: Motion for Attorney representation.

(Exhibit B)

Denieon Thomas (Victim/Attorney in fact) ask the Courts for a "Attorney Representation" (A Court Appointed lawyer). The Attorney in fact does not speak the legalese of the Court. The attorney in fact needs help Understanding the motions the Offenders submitted to the courts. The Attorney in fact is not a trained attorney and does not know how to proceed with this case. The attorney in fact ask the Honorable Judge Steven C. Seeger to grant this motion so the Attorney in fact can have Consul. Thank You!

(Exhibit C)

# CERTIFICATE OF SERVICE

I Derieon Thomas, hereby certify that on Tueseday, August 1, 2023, a true and correct copy of the foregoing document entittled; Affidavit of facts, "Motion for Attorney Representation." Regarding Case No. 1:22-cv-02026 point and authorize in support there of.

Notice to Clerk and Recorder; Pursuant to tittle 18 U.S.C, Chapter 707 2071(B) who ever, having the custody of any such record, proceeding, map, book, document, paper or other things, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies or destroys the same, shall be fined under this tittle or imprisoned not more than (three) years, or both. And shall forfeit his offices, and be disqualified from holding any office under the "United States."

Honorable Submitted

08/5/2023

Derieon Thomas

Authorized Repensentatve of DERIEON THOMAS, Trust.

Denien Thomas 2018081513 I
P.O Box 089002
Chicago, IL 60608

Clerk of The U.S District court
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604