UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Derieon Thomas
                     Plaintiff,

v.                                                Case No.: 1:22−cv−02026
                                                Honorable Steven C. Seeger

Tom Dart, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 10, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint initial status report. (Dckt. No. [45]) The Court previously set a deadline of January 31, 2024 for the close of fact discovery. The Court authorizes the deposition of Plaintiff Thomas, who is incarcerated, under Rule 30(a)(2)(B). Defendants asserted a defense of lack of exhaustion. The Court encourages the parties to get to the bottom of that issue, sooner rather than later. The parties must file a status report by December 8, 2023. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.