**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Derieon Thomas, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-2026 |
| | ) | |
| v. | ) | Honorable Steven C. Seeger |
| | ) | |
| Dart, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR ENTRY OF RULE 26.2 CONFIDENTIALITY ORDER**

NOW COMES Defendant, LT. JAIME PHILLIPS, by and through his attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and for his Unopposed Motion for Entry of Confidentiality Order, states as follows:

1.	Defendant's Counsel conferred with Plaintiff on October 24, 2023, regarding this Motion, and Plaintiff confirmed that he will not oppose this motion for entry of a Confidentiality Order related to Defendant's discovery responses.

2.	Defendant's discovery responses will include confidential information, which may include personal information of non-parties.

3.	The proposed Confidentiality Order is based on the Local Rule 26.2 "Model" Confidentiality Order on the Northern District of Illinois website and attached to this motion as Exhibit "A".

WHEREFORE, Defendant, LT. JAIME PHILLIPS, by and through his attorneys, DeVore Radunsky, LLC respectfully requests an order entered as follows:

1.	The Motion for Entry of Confidentiality Order is granted,

1

2.  The Confidentiality Order is entered, and

3.  Any further relief this Court deems appropriate.

Respectfully submitted,

/s/ Jason E. DeVore
*Attorney for Defendant*
Troy S. Radunsky (ARDC# 6242782)
DeVore Radunsky LLC
230 W. Monroe Suite 230
Chicago, IL 60606
312-300-4482

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he electronically filed the foregoing document on October 24, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

/s/ Andrew H. Kim
Andrew H. Kim

**PLAINTIFF**
Derieon Thomas, Pro Se Plaintiff
ID: 20180815131
2700 South California
Chicago, IL 60608