**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
OCT 19 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Derieon Thomas
(20180815131)

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

County of Cook
Thomas J Dart
Facility Mangement
Sgt. Surane
Lt. Phillps
John Mudler

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 22-CV-2026
(To be supplied by the Clerk of this Court)

Guzman
Roman

Amended Complaint

**CHECK ONE ONLY:**

[X] **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

[ ] **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

[ ] **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*



I. **Plaintiff(s):**

A. Name: Dericon Thomas

B. List all aliases: _____

C. Prisoner identification number: 20180815131

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California Ave Chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: County of Cook
   Title: Local Govt.
   Place of Employment: County of Cook, Chicago IL

B. Defendant: Thomas J. Dart
   Title: Head Sheriff
   Place of Employment: County of Cook Chicago, IL

C. Defendant: Facility Mangement
   Title: Cook County Dept. of Facility Mangement
   Place of Employment: County of Cook, Chicago, IL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D. Defendant: Sgt Surane

Tittle: Sergeant

Place of Employment: County of Cook, Chicag, IL

E. Defendant: Lt. Phillips

Tittle: Lieutenant

Place of Employment: County of Cook Chicago, IL

F. Defendant: John Mueller

Tittle: I.I.C Services Director.

Place of Employment: County of Cook Chicago, IL

J. Defendant: Guzman

Tittle: Cook County Correctional Officer

Place of Employment: County of Cook Chicago, IL

I. Defendant: Roman
Tittle: Cook County Correctional Officer
Place of Employment: County of Cook Chicago, IL

(2A)

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am a Pre-trial detainee at "Cook County Jail" and was at all times "Relevant" was a Pre-trial detainee at "Cook County Jail" Chicag, IL.

These Claims stem from a time the Plaintiff was in "Custody" of "Sheriff DART" at the Cook County Jail with Pending Criminal Charges. On 02/27/2022 I was housed in Division 9 1G Cell 1088, the cell I was in did not have properly running water. On the first night I was housed in that Cell L.t Phillips Came to my cell because I refused to give the dinner tray back to the C.o's because my water did not work. At that time I notifide L.t Phillips about my water Situation and she stated to me "I'll put a work order in." I did not have any drinking water until the next day when the Plumber came to fix another cell plumbing

problem, I then convinced him to fix mines. Within the same hour the plumber left the water was back not working. The plumber came again on 03/01/2022 and tried to fix my sink again but it still did not work when he left. Between the date of 03/01/2022 and 03/03/2022 I notified L.t Phillips about the continuous issue and she stated to me "I'll put another work order in." On 03/04/2022 I had court via zoom I talked with Sgt Sorane about my living condition and asked "Can I be move to a cell with running water." He stated to me "Since your toilet workes you can not be moved." I continuously told first, second, and third shift correctional officers about my living condition and asked the C.o's Can I come out to have a drink of water due to the fact my sink wasn't working and I was extremly dehydrated. But they still denied me and stated "You can only come out your cell for your day room hours." (let it be noted I.I.C only come out come out once a day for a hour while being

housed in R.U). On 03/04/2022 around 9:32pm C.o Guzman and C.o Roman let me and my cell mate out to fill plastic from our lunch/breakfest trays with water to drink while we're in the cell. Which is inhumane and unsanitary. Do to their unprofessionalism they did not want to do the proper procedure and move us to another cell they continuously filled plastic with water on different occasion between 03/04/2022 and 03/10/2022. Other C.o's state to me "this what happen to people who come to the hole."

Head Sheriff Thomas J. Dart is responsible for C.C.D.O.C Facility Mangement and Facility Mangement is responsible for repairing any issues founded in C.C.D.O.C (Plumbing)

John Mueller was notified about my living conditions and my suffering due to not having any running water for a period of time. While in my cell something that amounted to punishment towards me and still didn't take the issue serious because he denied my Grievance Appeal without taken in mind this issue was a serious matter but still knowly disregarded my rights.

Thomas J. Dart, County of Cook, C.C.D.O.C Facility mangement ailded in the duty to properly train and supervise there employees, specifically Sgt. Surane, Lt Phillips, C.o Guzman, C.o Roman and John Mueller to not violate Cook County Residents due process right by housing them in "Condemn Cells"

Thomas J. Dart, County of Cook, C.C.D.O.C Facility Mangement failed to Adequately train and Suppervise C.C. imployees by them not handling the issue the way that they Suppose to been trained to do.

Thomas J. Dart, County of Cook, C.C.D.o.C facility Mangement Sgt. Sorane, Lt Phillips, C.O Roman, C.O Guzman and John Mueller has a Custom Policy or pratice that is so wide spread and on going that it violates the plaintiff rights and other Cook county Residents rights.

Thomas J. Dart, County of Cook, C.C.Doc Facility Mangement Sgt. Sorane, Lt Phillips, C.O Guzman, C.O Roman and John Mueller are doing the Opposite of what the Constitution Guarantee

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: NONE

B. Approximate date of filing lawsuit: NONE

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: NONE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

F. Name of judge to whom case was assigned: NONE

G. Basic claim made: NONE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE

I. Approximate date of disposition: NONE

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will like the Courts to grant Plantiff Dericon Thomas Compensatory Damages in the amount this Court deems proper against each Defendant, Jointy and Severally. Plantiff seeks Nominal Damages and Punitive Damages in the amount this court deems proper against each defendant, Jointly and Severally.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  2nd  day of October, 20 23

Derieon Thomas
(Signature of plaintiff or plaintiffs)

Derieon Thomas
(Print name)

20180815131
(I.D. Number)

2700 S. California Ave, Chicago IL 60608
(Address)

6

Revised 9/2007

From:
Anthony Thomas 201808/5131
P.O. Box 089002
Chicago IL 60608

To:
Clerk of the U.S. District Court
United States CourtHouse
219 South Dearborn Street
Chicago IL 60604

FOREVER / USA

S SUBURBAN IL 604
16 OCT 2023

RECEIVED
OCT 19 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

10/19/2023-5

60604—180099