**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

FILED

Plaintiff(s)

OCT 19 2023

THOMAS G. BRUTON,
CLERK, U.S. DISTRICT COURT

Defendant(s)

)
)
)
)
)
)

Case Number: 1:22-cv-2026

Judge: Steven C. Seeger

## MOTION FOR ATTORNEY ASSISTANCE

**[NOTE: Failure to complete all items in this form may result in the denial of this motion]**

1. I, _Dericon Thomas_, declare that I am the (check appropriate box)
   [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby petition the Court to request counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation (**NOTE: This item must be completed**):
   • Loevy and Loevy Attorney at law (311 North Aberdeen St #300 Chicago I 60607)
   • Fegan Scott LLC Elizabeth Fegan (1456 Sycamore Road York ville, IL 60560
   Wexler Boley and Elgerma LLP Zoran Tasic (55 W. Monroe st. ste 3300. Chicago IL 60603
   but I have been unable to find an attorney because:
   One never responded and the other two stated "they are not interrested in the case!"

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney requested by the Court to serve as counsel in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney requested by the Court to serve as counsel in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ (Check one box) In further support of my motion, I declare that my highest level of education is:

☐ Grammar school only ☒ Some high school ☐ High school graduate

☐ Some college ☐ College graduate ☐ Post-graduate

6. ☐ (Check only if applicable) In further support of my motion, I declare that my ability to speak, write, and/or read English is limited because English is not my primary language

7. ☐ (Check only if applicable) In further support of my motion, I declare that this form and other complaint forms were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program.

8. I declare under penalty that the foregoing is true and correct.

*Dorleon Thomas*     *2700 S. California Ave Chicago IL 60608*
Movant's Signature                Street Address

*09/30/2023*          *Chicago, IL, 60608*
Date                   City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney requested by this Court in the civil or criminal actions listed below.

| Assigned Judge: | | Case Number: |
|---|---|---|
| Case Title: | | |
| Attorney's Name: | | |
| If this case is still pending, please check box ☐ | | |

| Assigned Judge: | | Case Number: |
|---|---|---|
| Case Title: | | |
| Attorney's Name: | | |
| If this case is still pending, please check box ☐ | | |

| Assigned Judge: | | Case Number: |
|---|---|---|
| Case Title: | | |
| Attorney's Name: | | |
| If this case is still pending, please check box ☐ | | |

FOREVER / USA

S SUBURBAN IL 604

16 OCT 2023 PM 5

10/19/2023-5

Clerk of the U.S District Court
United States CourtHouse
219 South Dearborn Street
Chicago IL / 60604

60604-180099

onThomas 201808151131
ox 089002
Chicago IL 60609

RECEIVED

OCT 19 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT