**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DERIEON THOMAS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 22 C 2026 |
| | ) | |
| TOM DART, SGT. SURANE, | ) | Judge Steven C. Seeger |
| SGT. PHILLIPS, | ) | |
| | ) | |
| *Defendants.* | ) | |

**PARTIES JOINT STATUS REPORT**

Defendants Sgt. Surane, and Sgt. Phillips ("Defendants"), by their attorneys, KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Krystal R. Gonzalez, and DeVore Radunsky LLC, submit the following Parties' Joint Initial Status Report pursuant to the Court's October 10, 2023, Order (Dkt. 46.)

1. Defendant Surane issued written discovery to Plaintiff.

2. Written discovery is still ongoing.

3. Plaintiff's deposition was completed on November 30, 2023.

4. On December 7, 2023, the Court allowed Plaintiff leave to file his First Amended Complaint with respect to claims against current Defendants Sgt. Surane and Lt. Phillips, but dismissed all claims against any new added Defendants. (Dkts. 49, 55.)

5. Defendants' responsive pleadings to Plaintiff's First Amended Complaint are due within 21 days, on or before December 28, 2023. Given that December 28 falls during holidays and holiday break for students, Defendant Sgt. Phillips may file a motion requesting a short extension of time, until early January 2024 to file her responsive pleading.

Respectfully submitted,

| | |
|---|---|
| */s/ Derieon Thomas* | KIMBERLY M. FOXX |
| Derieon Thomas, Plaintiff, *pro se* | State's Attorney of Cook County |
| | |
| */s/ Jason DeVore* | By:*/s/ Krystal R. Gonzalez* |
| Jason DeVore | Krystal R. Gonzalez |
| DeVore Radunksy LLC | Assistant State's Attorney |
| 230 W. Monroe, Ste. 230 | 500 Richard J. Daley Center |
| Chicago, Illinois, 60606 | Chicago, Illinois 60602 |
| (312)-300-4485 | (312)-603-8132 |
| *Counsel for Defendant Lt. Phillips* | *Counsel for Defendant Sgt. Surane* |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 8, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system and the foregoing was mailed via U.S. Mail to the Plaintiff to his address of record.

| | |
|---|---|
| Derieon Thomas | */s/ Krystal R. Gonzalez* |
| 20180815131 | Krystal R. Gonzalez |
| Cook County Jail | |
| 2700 S. California Ave. | |
| CHICAGO, IL 60608 | |