# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Derieon Thomas
                Plaintiff,

v.                                        Case No.: 1:22−cv−02026
                                             Honorable Steven C. Seeger

Surane, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [56]) The Court grants Defendants an extension to respond to the amended complaint, in light of the holidays. The remaining Defendants must respond to the complaint by January 19, 2024. This Court previously set a deadline of January 31, 2024 for the close of fact discovery, but the Court recently allowed an amendment to the complaint. This Court does not know if there is a need to move that deadline. If so, the parties must file a motion. In the meantime, the Court reaffirms the deadline of January 31, 2024 for fact discovery. The parties must file a status report by February 7, 2024. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.