### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Derieon Thomas
                    Plaintiff,

v.                                           Case No.: 1:22−cv−02026
                                                          Honorable Steven C. Seeger

Surane, et al.
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 14, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant's two motions for an extension of time to respond to the complaint until January 8, 2024 (Dckt. Nos. [57], [58]) are hereby denied as moot. This Court later gave Defendants an extension until January 19, 2024. (Dckt. No. [59]) Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.