UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DERIEON THOMAS, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | No. 22 C 2026 |
| TOM DART, SGT. SURANE, SGT. PHILLIPS, | ) ) ) | Judge Steven C. Seeger |
| *Defendants*. | ) ) | |

**PARTIES JOINT STATUS REPORT**

Defendants Sgt. Surane, and Sgt. Phillips ("Defendants"), by their attorneys, KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Josh Bransford, and DeVore Radunsky LLC, submit the following Parties' Joint Initial Status Report pursuant to the Court's December 13, 2024, Order (Dkt. 59.)

1. Defendant Surane issued written discovery.

2. Written discovery closed on January 31, 2024.

3. Plaintiff's deposition was completed on November 30, 2023.

4. On December 7, 2023, the Court allowed Plaintiff leave to file his First Amended Complaint with respect to claims against current Defendants Sgt. Surane and Lt. Phillips, but dismissed all claims against any new added Defendants. (Dkts. 49, 55.)

5. Defendants intend to file a motion for summary judgment.

6. Defendants' respectively request the Court to enter the following briefing schedule: Defendants' Motion due on or before 04/07/2024; Plaintiff's Response due on or before 04/29/2024; Defendants' Reply due on or before 05/13/2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Derieon Thomas* | KIMBERLY M. FOXX |
| Derieon Thomas, Plaintiff, *pro se* | State's Attorney of Cook County |
| | |
| */s/ Zachary Stillman* | By:*/s/ Josh Bransford* |
| Zachary Stillman | Josh Bransford |
| DeVore Radunksy LLC | Assistant State's Attorney |
| 230 W. Monroe, Ste. 230 | 500 Richard J. Daley Center |
| Chicago, Illinois, 60606 | Chicago, Illinois 60602 |
| (312)-300-4485 | (312)-603-1880 |
| *Counsel for Defendant Lt. Phillips* | *Counsel for Defendant Sgt. Surane* |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system and the foregoing was mailed via U.S. Mail to the Plaintiff to his address of record.

| | |
|---|---|
| Derieon Thomas | */s/ Josh Bransford* |
| 20180815131 | Josh Bransford |
| Cook County Jail | |
| 2700 S. California Ave. | |
| CHICAGO, IL 60608 | |