**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Derieon Thomas
                Plaintiff,

v.                                                   Case No.: 1:22−cv−02026
                                                   Honorable Steven C. Seeger

Surane, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 13, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [63]) Fact discovery is over. The Court adopts the proposed briefing schedule for dispositive motions, but adds some time given that Plaintiff is an incarcerated, pro se party. Any motions for summary judgment are due by April 8, 2024. Responses are due by May 20, 2024. Replies are due by June 10, 2024. The Court reminds the parties of the importance of complying with the Local Rules for summary judgment, especially Local Rule 56.1. The Court reminds Defendants to give Plaintiff the required notice as a pro se party under Local Rule 56.2. The status report did not address whether the parties have discussed settlement, and if so, whether the parties seek a settlement conference. The Court directs the parties to discuss settlement in good faith, and file a statement by February 28, 2024 about whether they seek a settlement conference. The Court encourages the parties to think about the likelihood of success (or defeat) on the merits, the uncertainties of litigation, and the amount of a potential recovery. The parties must exhaust all attempts to settle before filing for summary judgment. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.