UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERIEON THOMAS, | ) |
| | )    Case No. 22 C 2026 |
|        Plaintiff, | ) |
| | ) |
| | )    Honorable Steven C. Seeger |
| vs. | ) |
| | ) |
| | ) |
| DART, ET AL., | ) |
| | ) |
|        Defendants. | ) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
WITHIN THE SAME FIRM**

**PLEASE TAKE NOTICE** that on **March 1, 2024,** Special Assistant Cook County State's Attorney Zachary G. Stillman, of DeVore Radunsky LLC, withdraws his appearance for Defendant Lieutenant Jamie Phillips, and pursuant to Local Rule 83.17, Special Assistant Cook County State's Attorney Jorie R. Johnson substituted her appearance for said Defendant.

                                        Respectfully Submitted,

                                        DeVore Radunsky LLC

       By:        */s/ Jorie R. Johnson*
                     Jorie R. Johnson (ARDC No.6325695)
                     Special Assistant State's Attorney
                     230 W. Monroe, Ste 230
                     Chicago, IL 60606
                     312-300-4479
                     Email: jjohnson@devoreradunsky.com

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **March 1, 2024**, with the Northern District of Illinois ECF System, serving a copy on all parties.

                                         */s/Jorie R. Johnson*